## PATTISON *v.* WILSON.

PLEADING—NEW TRIAL.—Where an application for a new trial is made after the term, based upon newly discovered evidence, there must be brought to the knowledge of the Court, by affidavits or otherwise, the issues in the cause, the evidence adduced upon the former trial, and the newly discovered evidence, in order that the Court may correctly determine its duty in the premises.

APPEAL from the *Rush* Common Pleas.

*Per Curiam.*—This was an application by the appellant under section 356, p. 215, 2 G. & H., for a new trial within a year after judgment. The application is based on newly discovered evidence. The complaint for the new trial does not profess to contain all the evidence given on the former trial, not even all upon the points upon which the new trial is sought. A demurrer was, for this reason, properly sustained

to said complaint.   *Cox* v. *Hutchings*, 21 Ind. p. 219; *Glide-well* v. *Daggy*, *id.* 95.

The judgment is affirmed, with costs.

